IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE E. DEWBERRY, | 1:10-cv-00621-LJO-GBC (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT |
| vs. | |
| DANIEL FULKS, | (ECF No. 10) |
| Defendants. | THIRTY-DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 25, 2011, plaintiff filed a motion to extend time to file a first amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file a first amended complaint.

IT IS SO ORDERED.

Dated:   April 4, 2011

UNITED STATES MAGISTRATE JUDGE